No. 12M100. CRAIG v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

JUSTICE KAGAN took no part in the consideration or decision of this motion.